# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Claudio Neves-Valente | ) | Case No. |
| | ) | 25-mj-7593-JCB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 13, 2025 in the county of Norfolk in the District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(b) | Transporting Firearm in Interstate Commerce with Intent to Commit Felony |

This criminal complaint is based on these facts:

See attached Affidavit of Federal Bureau of Investigation (FBI) Special Agent Bryce Ferrera, incorporated herein.

☑ Continued on the attached sheet.

*Bryce Ferrera by JCB*
*Complainant's signature*

Bryce Ferrera, Special Agent, FBI
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: 5:53 PM, Dec 18, 2025

*Judge's signature*

City and state: Boston, Massachusetts   Hon. Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*