# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT

I, Bryce Ferrara, being duly sworn state:

## Introduction and Agent Background

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed since 2019. I am assigned to the FBI Boston Division's Violent Crimes Task Force ("VCTF"), which comprises law enforcement officers from the FBI, Massachusetts State Police ("MSP"), and other local police departments. As a member of the VCTF, I am responsible for investigating kidnappings, murders, robberies, extortion, and other violent crimes. My investigations have included the use of surveillance techniques and the execution of arrest warrants and search and seizure warrants, including those involving data from telephone and other electronic service providers.

2. My investigations have included the use of the following investigative techniques: physical surveillance; handling of cooperating sources and witnesses; execution of search and seizure warrants; wire and electronic interception of communications; and the execution of arrest warrants. Based on my training, experience, and information provided to me by other law enforcement officers, I am familiar with the techniques used by individuals engaged in the commission of various criminal offenses.

3. I am currently investigating Claudio Neves-Valente ("NEVES-VALENTE") for transporting a firearm and ammunition in interstate commerce with intent to commit a felony with the firearm, in violation of Title 18 U.S.C. § 924(b) (the "Target Offense").

4. This affidavit is being submitted in support of a criminal complaint charging NEVES-VALENTE with the Target Offense.

5. The facts set forth in this affidavit are based on my own personal knowledge;

knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; my review of documents, video, and records related to this investigation; communications with others who have personally reviewed documents, video, and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience and the training and experience of other agents. This affidavit is being submitted for the limited purpose of establishing probable cause to believe that NEVES-VALENTE committed the Target Offense. Therefore, I have not included all facts known to me concerning this investigation.

**STATEMENT OF PROBABLE CAUSE**

NEVES-VALENTE's Presence in Massachusetts

6.     NEVES-VALENTE is a Portuguese national who studied at Brown University in Providence, Rhode Island on an F-1 student visa between August 2000 and May 2001.  NEVES-VALENTE is a lawful permanent resident of the United States.  Based on records maintained by United States Customs and Border Protection database, NEVES-VALENTE is believed to reside in Miami, Florida.

7.     Between November 26 and November 28, 2025, and again between November 28 and November 30, 2025, NEVES-VALENTE rented a hotel room in Boston, Massachusetts.

8.     On or about December 1, 2025, NEVES-VALENTE rented a gray Nisan Sentra with Florida license plate 62DQEV (the "TARGET VEHICLE") from a car rental agency in Boston, Massachusetts.  Law enforcement has reviewed surveillance imagery depicting NEVES-VALENTE at the car rental agency.

9.     Beginning on or about that same day, December 1, 2025, and continuing until at least December 12, 2025, license plate readers captured the TARGET VEHICLE approximately

one mile from the Brown University campus in Providence, Rhode Island.

10. Around the last of these license plate reader hits, which occurred at approximately 8:24 a.m. on December 12, 2025, CCTV images captured an unidentified suspect in the area of Brown University, at approximately 8:42 a.m. The individual observed on the CCTV images is consistent with images of NEVES-VALENTE from surveillance video taken at the car rental agency in Boston, Massachusetts.

11. At approximately 4:03 p.m. the following day, December 13, 2025, an individual entered an auditorium on Brown University's campus where a study session was underway. Witnesses stated that the individual carried a pistol with a green laser sight. The individual began shooting at students in the auditorium, killing two students and injuring nine others.

12. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

13. ███████████████████████████████████████████████████████████████████████████████████████████████████████

### Travel from Brown University to Brookline

14. On or about December 14, 2025, Google email and voice accounts associated with NEVES-VALENTE logged in from Internet Protocol addresses in the vicinity of Boston University, in Boston, Massachusetts. This Google email account was the same one NEVES-VALENTE provided to the hotel in Boston, Massachusetts at check-in during his November 2025 stay.

15. The following day, December 15, 2025, Victim 1, a Massachusetts Institute of Technology professor, was murdered at his home in Brookline, Massachusetts at approximately

3

8:30 p.m.[1]  Victim 1's residence is approximately one-half mile from where the IP address associated with NEVES-VALENTE's Google email and voice accounts accessed the internet.

16. According to the FBI's Legal Attache in Lisbon, NEVES-VALENTE and Victim 1 attended the same academic program at a university in Portugal during the same five-year period between 1995 and 2000.

17. The following day, December 15, 2025, at approximately 8:42 p.m., a surveillance camera captured a blue/gray Nissan Sentra (the same make, model, and approximate color of the TARGET VEHICLE) travelling westbound on Brighton Avenue, approaching Cambridge Street, in Boston, Massachusetts. This area is approximately one mile from Victim 1's home.  It was subsequently observed further west, in Waltham, Massachusetts, at approximately 9:03 p.m.

18. While in Massachusetts, the TARGET VEHICLE was observed to have a Maine license plate affixed to its rear bumper.  Maine law enforcement has determined that the license plate is unregistered and not valid.

19. I am aware that murder/homicide is punishable in the Commonwealth of Massachusetts by death or life imprisonment.  *See* M.G.L. c. 265 s. 1.

## CONCLUSION

20. Based on the foregoing, I respectfully submit there is probable cause to believe that:

   a. at some point in time, NEVES-VALENTE traveled from outside of Massachusetts, to Massachusetts;

   b. NEVES-VALENTE thereafter traveled to Providence, Rhode Island, and is believed to have committed a mass shooting at Brown University; and

---

[1] FBI has analyzed ballistics evidence from the shootings at Brown University and the shooting of Victim 1 and determined that although they were both 9mm casing, they do not appear to have been shot from the same firearm.

  c. the day following the shooting, NEVES-VALENTE was present in the vicinity of the residence of Victim 1, in Brookline, Massachusetts, at the time Victim 1 was murdered by gunshot. NEVES-VALENTE has a previous connection to Victim 1, both of them having studied at the same university over a five-year period in a foreign country.

21. Based on the foregoing, and my training and experience, I believe that NEVES-VALENTE committed a mass shooting on December 13, 2025, and at the time possessed firearm(s) and ammunition, and thereafter traveled from Rhode Island to Massachusetts and utilized a firearm and ammunition to commit a murder in Brookline, Massachusetts on December 15, 2025. I further believe that it is likely that NEVES-VALENTE possessed the firearm and ammunition that he utilized in the Brookline murder when he travelled from Rhode Island to Massachusetts. Accordingly, there is probable cause to believe on or about December 13, 2025, NEVES-VALENTE transported a firearm and ammunition in interstate commerce with intent to commit therewith an offense punishable by imprisonment for a term exceeding one year, or with knowledge or reasonable cause to believe such crime would be committed with the firearm, in violation of Title 18 U.S.C. § 924(b).

Sworn to under the pains and penalties of perjury,

                _Bryce Ferrera by JCB_
                Bryce Ferrera
                Special Agent
                Federal Bureau of Investigation

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 on December 18, 2025.

_____
HON. JENNIFER C. BOAL
United States Magistrate Judge