UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CLAUDIO NEVES-VALENTE,

Defendant

No. 25-MJ-7593-JCB

**DISMISSAL OF THE CRIMINAL COMPLAINT**

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses the criminal complaint filed on December 18, 2025, which charges the defendant with one count of transporting firearm in interstate commerce with intent to commit felony, in violation of 18 U.S.C. § 924(b). In support of this dismissal, the government states that the defendant is deceased, and this dismissal is in the interests of justice.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Date: October 7, 2026

By: */s/ Luke A. Goldworm*
Luke A. Goldworm
David Holcomb
Assistant U.S. Attorneys

Leave to File Granted:

___________________________
Hon. Jennifer C. Boal
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Luke A. Goldworm*
Luke A. Goldworm
David Holcomb
Assistant United States Attorneys

Date: October 7, 2026